IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER, | |
| Plaintiff, | 8:20CV185 |
| vs. | |
| UNITED STATES POSTAL SERVICE, | ORDER |
| Defendant. | |

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Filing 10) is denied.

DATED this 26th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge